CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

1/17/2024
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
      DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

JESSICA RAE PARSONS,

     *Plaintiff,*

v.

MARTIN O'MALLEY,
*Commissioner of Social Security,*

     *Defendant.*

CASE NO. 6:23-cv-46

ORDER

JUDGE NORMAN K. MOON

  The Court having separately ordered the remand of this action for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), it is further **ORDERED** that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

  The Clerk of the Court is directed to send a certified copy of this Order to all counsel of record.

  Entered this  17th  day of January, 2024.

              */s/ Norman K. Moon*
              NORMAN K. MOON
              SENIOR UNITED STATES DISTRICT JUDGE